# EXHIBIT 4

*FROM THE OFFICE OF THE*
FAMILY AND CONSUMER LAW CENTER

*WWW.RICONSUMERLAW.COM*

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS AT LAW*

October 18, 2006

Argent Mortgage Company, LLC
3 Park Plaza
Irvine, CA 92614

**Re: Notice of Rescission by Brian Dixon and Cynthia Dixon of 141 Pinecrest Drive Pawtucket, RI 02861; Loan Number: 0059720219; Closing Date: 06/25/2004**

To Whom It May Concern:

I represent Brian Dixon and Cynthia Dixon concerning the mortgage loan transaction they entered into with Argent Mortgage Company, LLC on June 25, 2004. Please be advised that I have been authorized by my clients to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. and Mrs. Dixon were given inherently confusing and therefore, defective notice of right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Argent Mortgage Company, LLC on the Dixon's property located at 141 Pinecrest Drive, Pawtucket, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my clients all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Brian and Cynthia Dixon,**
**By their Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

cc: Brian and Cynthia Dixon

*TWO DEXTER STREET, P.O. BOX 479 PAWTUCKET, RI 02862 PHONE: (401) 728-6060 FAX: (401) 728-6534*