# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

BRIAN DIXON and CYNTHIA DIXON,

Plaintiffs,

v.

ARGENT MORTGAGE COMPANY, LLC

Defendant.

C.A. No. 07-161-ML

## DEFENDANT ARGENT MORTGAGE COMPANY, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Argent Mortgage Company, LLC ("Argent") hereby discloses that it is a wholly owned subsidiary of ACC Capital Holdings Corporation and that there is no publicly held company that owns 10% or more of Argent stock.

ARGENT MORTGAGE COMPANY, LLC

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow

Steven E. Snow (#1774)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com

DATED: June 22, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2007, I electronically filed the foregoing DEFENDANT ARGENT MORTGAGE COMPANY, LLC'S CORPORATE DISCLOSURE STATEMENT with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Christopher M. Lefebvre, Esq.
Claude Lefebvre, Esq.

/s/ Steven E. Snow

925128_1/3922-8