**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **BRIAN DIXON and CYNTHIA DIXON** **Plaintiff,** | : | |
| | : | **C.A. No. 07-161-ML** |
| **VS.** | : | |
| **ARGENT MORTGAGE COMPANY, LLC** **Defendant** | : | |

**PLAINTIFF'S ANSWER TO THE DEFENDANT'S ARGENT MORTGAGE COMPANY COUNTERCLAIM**

Plaintiffs Brian Dixon and Cynthia Dixon ("Plaintiffs") by and through their attorney, Christopher M. Lefebvre, hereby answers the Counterclaim filed by the Defendant Argent Mortgage Company ("Defendant"), and states:

1. Plaintiffs admit the allegations set forth in paragraphs 1, 2, 3, 4, 5, 8 and 9 of the Defendant's Counterclaim.

2. Plaintiffs deny the allegations set forth in paragraphs 6, 10 and 11 of the Defendant's Counterclaim.

3. The remainder of the Defendant's Counterclaim is a prayer for relief to which the Plaintiffs are not required to respond. To the extent that a further response may be required, Plaintiffs pray that the Defendant's Counterclaim requesting a declaratory relief be dismissed with prejudice and that the Court enter a judgment in favor on all counts of the Complaint, that

Plaintiffs be awarded their cost and expenses including attorney's fees, and for such other relief as the Court deems proper.

WHEREFORE, Plaintiffs pray that the Court dismiss the Defendant's Argent Mortgage Company Counterclaim requesting a declaratory relief.

Respectfully submitted,

/s/Christopher M. Lefebvre
Claude Lefebvre Christopher Lefebvre PC
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
BBO# 4019
Lefeblaw@aol.com

**CERTIFICATION**

I hereby certify that on June 23, 2007 I electronically filed the Plaintiff's Answer to the Defendant's Argent Mortgage Company Counterclaim using the CM/ECF System. The following participants have received notice electronically: Steven E. Snow at ses@phs.com at Partridge Snow & Hahn LLP; and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, a copy of this document to non CM/ECF participants: none.

/s/Christopher M. Lefebvre