A CERTIFIED TRUE COPY

JUN 25 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
JUNE 25, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 7 2007

FILED
CLERK'S OFFICE

*DOCKET NO. 1715* TLMS

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

***IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION***

**07 C 3582**

***(SEE ATTACHED SCHEDULE)***

JUDGE ASPEN

## *CONDITIONAL TRANSFER ORDER (CTO-22)*

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 220 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUN 25 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By s/ THELMA MURRY-SYKES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: JUNE 28, 2007

# SCHEDULE CTO-22 - TAG-ALONG ACTIONS
# DOCKET NO. 1715
# IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| GEORGIA NORTHERN | |
| GAN 1 07-383 | Nancy Elder Coleman, et al. v. Ameriquest Mortgage Co. |
| INDIANA SOUTHERN | |
| INS 4 07-55 | Thomas L. Threlkel, Jr., et al. v. Ameriquest Mortgage Co. |
| MASSACHUSETTS | |
| MA 1 07-10883 | Francis E. Corrigan v. Argent Mortgage Co., LLC |
| MICHIGAN EASTERN | |
| MIE 2 07-11276 | Dionne Dickerson v. Royal Mortgage Services, et al. |
| MIE 4 07-11833 | Robert O. Strait, et al. v. Ameriquest Mortgage Co., et al. |
| RHODE ISLAND | |
| RI 1 07-161 | Brian Dixon, et al. v. Argent Mortgage Co., LLC |
| TENNESSEE EASTERN | |
| TNE 3 07-80 | Gail D. Myers v. Ameriquest Mortgage Co., et al. |
| TEXAS SOUTHERN | |
| TXS 4 07-1634 | Lee Goodell, et al. v. Ameriquest Mortgage Co., et al. |

| DIST. DIV. BKY. ADVY. # | CASE CAPTION |
|---|---|
| MASSACHUSETTS | |
| MA 1 07-1032 | Hector M. Rodriguez, et al. v. Ameriquest Mortgage Co., et al. |

# INVOLVED COUNSEL LIST (CTO-22)
## DOCKET NO. 1715
## IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

Patricia Antonelli
180 South Main Street
Providence, RI 02903

Charles McLeod Baird
Office of Charles M. Baird
235 Peachtree Street
Suite 400
Atlanta, GA 30303-1400

D. Richard Black
Law Office of D. Richard Black
283 Howard Ave.
Holland, MI 49424

John M. Boucher, Jr.
McGehee, Stewart, Cole, Dupree & Roper, P.A.
709 Market Street, Suite. 1
Knoxville, TN 37902

David A. Breuch
Clark Hill, PLC
500 Woodward Avenue
Suite 3500
Detroit, MI 48226-3435

Harry William Cappel
Graydon, Head & Ritchey
511 Walnut Street
1900 Fifth Third Center
Cincinnati, OH 45202

Darryl J. Chimko
Chimko, Dzialo & Dimovski, P.C.
111 Hampton Circle
P.O. Box 70368
Rochester, MI 48307-0368

Carolyn R. Cohen
Borrowers Network
2350 N. Franklin Rd.
Suite 140
Bloomfield, MI 48331

Jonathan Cole
Baker, Donelson, Bearman, Caldwell & Berkowitz
211 Commerce Street
Suite 1000
Nashville, TN 37201

John D. Cox
Lynch, Cox, Gilman & Mahan, P.S.C.
2200 Aegon Center
500 West Market Street
Louisville, KY 40202

L. Clint Crosby
Baker, Donelson, Bearman, Caldwell & Berkowtiz
Six Concourse Parkway, Suite 3100
Atlanta, GA 30328

Marcia M. Eason
Miller & Martin
Volunteer Building, Suite 1000
832 Georgia Avenue
Chattanooga, TN 37402

Gordon D. Foster
Winchester, Sellers, Foster & Steele, PC
800 South Gay Street, Suite 1000
P.O. Box 2428
Knoxville, TN 37929

G. Brian Jackson
Miller & Martin
150 Fourth Avenue, North
1200 One Nashville Place
Nashville, TN 37219-2433

Andrew J. Kolozsvary
Dykema Gossett, PLLC
400 Rennaisance Center, 35th Floor
Detroit, MI 48243-1668

Lindsay Lee Lambert
Hughes, Watters & Askanase
Three Allen Center, 29th Floor
333 Clay
Houston, TX 77002

Christopher M. Lefebvre
Claude Lefebvre, Christopher Lefebvre, P.C.
P.O. Box 479
Pawtucket, RI 02862

Amy E. Muszall
Potestivo & Associates, P.C.
811 South Blvd., Suite 100
Rochester Hills, MI 48307

Catherine Palmore
Gauntt & Kruppstadt LLP
1400 Woodloch Forest Dr., Suite 575
The Woodlands, TX 77380

Thomas A. Ryan
1945 Walnut Hill
Irving, TX 75038

**INVOLVED JUDGES LIST CTO-22)**

**DOCKET NO. 1715**

**IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION**

Hon. Marvin H. Shoob
Senior U.S. District Judge
1767 Richard B. Russell Fed. Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Hon. John Daniel Tinder
U.S. District Judge
304 Birch Bayh Fed. Bldg.& U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Joan N. Feeney
U.S. Bankruptcy Judge
United States Bankruptcy Court
Thomas P. O'Neill, Jr. Federal Building
10 Causeway Street, 11th Floor
Boston, MA 02222-1047

Hon. Douglas P. Woodlock
U.S. District Judge
4110 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Marianne O. Battani
U.S. District Judge
United States District Court
231 W. Lafayette Blvd.
Room 277
Detroit, MI 48226

Hon. Paul V. Gadola
Senior U.S. District Judge
Federal Building
600 Church Street
Flint, MI 48502

Hon. Mary M. Lisi
Chief Judge, U.S. District Court
310 John O. Pastore Federal Bldg.
Two Exchange Terrace
Providence, RI 02903

Hon. Thomas A. Varlan
U.S. District Judge
143 Howard H. Baker Jr. U.S. Courthouse
800 Market Street
Knoxville, TN 37902-7902

Hon. Vanessa D. Gilmore
U.S. District Judge
9513 Bob Casey United States Courthouse
515 Rusk Street
Houston, TX 77002-2600

**INVOLVED CLERKS LIST CTO-22)**
**DOCKET NO. 1715**
**IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION**

Thomas N. Hatten, Clerk
2217 Richard B. Russell Fed. Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

Laura A. Briggs, Clerk
210 Federal Building
121 West Spring Street
New Albany, IN 47150

James M. Lynch, Clerk
United States Bankruptcy Court
1101 Thomas P. O'Neill, Jr. Fed. Bldg.
10 Causeway Street
Boston, MA 02222-1047

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. District Court
595 Main Street
Worcester, MA 01608

David J. Weaver, Clerk
814 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

David J. Weaver, Clerk
140 Federal Building
600 Church Street
Flint, MI 48502

David A. DiMarzio, Clerk
356 John O. Pastore Federal Building
Two Exchange Terrace
Providence, RI 02903

Patricia L. McNutt, Clerk
130 Howard H. Baker Jr. U.S. Courthouse
800 Market Street
Knoxville, TN 37902

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010